

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-13-00461-CR

Style:      State of Texas.

     **v** Isaias Santos III

Date motion filed[*]:      December 20, 2013

Type of motion:      Motion for extension of time to file brief

Party filing motion:      Appellant

Document to be filed:      Brief

Is appeal accelerated? No

If motion to extend time:

| | |
|---|---|
| Original due date: | September 16, 2013 |
| Number of previous extensions granted: | 2    Current due date: December 11, 2013 |
| Date requested: | December 31, 2013 |

**The motion to extend time to file a brief is DENIED.** Appellant's brief was originally due on September 16, 2013. On September 25, 2013, this Court notified appellant that appellant's brief had not been filed and required a response within 10 days. On October 3, 2013, counsel requested an extension of time because he had "various trial settings at [that] time." We granted the motion and appellant's brief was due on October 28, 2013. On November 20, 2013, this Court notified appellant that appellant's brief had not been filed and required a response within 10 days. On November 26, 2013, counsel requested a second extension without an explanation of why additional time was necessary. We granted the motion with an admonition that no further extensions would be granted and appellant's brief was due on December 11, 2013.

In the current motion to extend time, filed on December 20, 2013, counsel again provides no explanation for his requested extension. Accordingly, we deny the motion because counsel has not established extraordinary circumstances for a further extension.

If appellant's brief is not filed within 10 days of the date of this order, then the case will be abated and remanded to the trial court for a hearing pursuant to Texas Rule of Appellate Procedure 38(b).

Judge's signature: /s/ Michael Massengale
         ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: December 31, 2013
November 7, 2008 Revision